AO 91 (Rev. 5/85) Criminal Complaint

FILED
JAN 2 8 2009
CLERK, US DISTRICT COURT
NORFOLK, VA

SEALED

# United States District Court
## EASTERN DISTRICT OF VIRGINIA
Norfolk Division

| | |
|---|---|
| UNITED STATES OF AMERICA | **UNDER SEAL** |
| v. | **CRIMINAL COMPLAINT** |
| SHAWN FORREST ENGLE | CASE NUMBER: 2:09mj39 |

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief: In or about April 2008 in the **Eastern** District of **Virginia** and elsewhere, the defendant:

knowingly employed, used, persuaded, induced, enticed, and coerced a minor to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transported in interstate commerce, knowing that such visual depiction was produced using materials that have been mailed, shipped, and transported in interstate commerce, and with such visual depiction actually having been transported in interstate commerce,

in violation of Title(s) **18** United States Code, Section(s) **2251(a) and 2**.

I further state that I am a(n) **Special Agent, Federal Bureau of Investigation** and that this complaint is based on the following facts:
*Official Title*

SEE ATTACHED AFFIDAVIT

REVIEWED AND APPROVED:

*Katherine Lee Martin* (signature)
Katherine L. Martin
Assistant United States Attorney

Continued on the attached sheet and made a part hereof: ☒ Yes ☐ No

*(signature)*
K. A. Wright, Special Agent
Federal Bureau of Investigation

Sworn to me and subscribed in my presence,

Date: January 28th, 2009 at Norfolk, Virginia
 City and State

Name & Title of Judicial Officer: James E. Bradberry, U.S. Magistrate Judge

*(signature)* James E. Bradberry
Signature of Judicial Officer