# United States District Court

__EASTERN__ DISTRICT OF __VIRGINIA__
Norfolk Division

COPY
SEALED

| UNITED STATES OF AMERICA | UNDER SEAL |
|---|---|
| v. | WARRANT FOR ARREST |
| SHAWN FORREST ENGLE | CASE NUMBER: 2:09mj 39 |

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __SHAWN FORREST ENGLE__
<sub>Name</sub>

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment   ☐ Information   ■ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging that he:

knowingly employed, used, persuaded, induced, enticed, and coerced a minor to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transported in interstate commerce, knowing that such visual depiction was produced using materials that have been mailed, shipped, and transported in interstate commerce, and with such visual depiction actually having been transported in interstate commerce,

in violation of Title __18__ United States Code, Section(s) __2251(a) and 2__.

James E. Bradberry
Name of Issuing Officer

/s/ James E. Bradberry
Signature of Issuing officer

United States Magistrate Judge
Title of Issuing Officer

Norfolk, Virginia, January 28, 2009
Date and Location

Bail fixed at $ __NO BAIL__   by __James E Bradberry__
Name of Judicial Officer

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

Original Delivered to USM 1/28/09 —LD