IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

NORFOLK DIVISION

| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 2:09cr70 |
|---|---|---|
|  | ) |  |
| v. | ) |  |
|  | ) |  |
| SHAWN F. ENGLE | ) |  |

SUPPLEMENTAL RESPONSE OF THE UNITED STATES
TO THE COURT'S ORDER FOR COMPETENCY HEARING

The United States of America, by and through its attorneys, Neil H. MacBride, United States Attorney for the Eastern District of Virginia, and Robert J. Krask, Assistant United States Attorney, files the following response to the Court's Order of October 13, 2009.

The Court has entered an Order directing that the defendant undergo a psychiatric or psychological examination to determine whether he is mentally competent. The Court directed the parties to submit the names of medical practitioners qualified to conduct such an examination and further indicated that it would select a practitioner "upon whom the parties agree." The defense and the United States previously agreed upon Dr. Paul Mansheim to conduct the examination. It appears, however, that other matters may prevent Dr. Mansheim from being able to expeditiously complete the task. In light of this difficulty, the United States submits that Dr. Glenn Rex Miller, Jr., a psychologist, is qualified to conduct the examination. The undersigned spoke with Dr. Miller, who advised that, barring unforeseen circumstances, he could complete the examination within thirty (30) days. Further, the undersigned has conferred with defense counsel, who advises that he has no objection to the appointment of Dr. Miller for this purpose.

Accordingly, the United States requests that the Court enter an Order selecting Dr. Miller to conduct the examination of the defendant.

                       Respectfully submitted,

                       Neil H. MacBride
                       United States Attorney

By:    /s/
                       Robert J. Krask
                       Assistant United States Attorney
                       Attorney for the United States
                       United States Attorney's Office
                       8000 World Trade Center
                       101 West Main Street
                       Norfolk, VA  23510
                       Phone:  (757) 441-6331
                       Fax: (757) 441-6689
                       bob.krask@usdoj.gov

CERTIFICATE OF SERVICE

I certify under penalty of perjury on this 22nd day of OCTOBER 2009, that I electronically filed the foregoing "SUPPLEMENTAL RESPONSE OF THE UNITED STATES TO THE COURT'S ORDER FOR COMPETENCY HEARING" with the Clerk of Court using the CM/ECF system, which will send notification of such filing (NEF) to the following:

RICHARD J. COLGAN
LARRY M. DASH
Assistant Federal Public Defenders
Federal Public Defender's Office
150 Boush Street, Suite 403
Norfolk, VA 23510
richard_colgan@fd.org
larry_dash@fd.org

\_\_/s/_____
Robert J. Krask
Assistant United States Attorney
Attorney for the United States
United States Attorney's Office
8000 World Trade Center
101 West Main Street
Norfolk, Virginia 23510
Phone: (757) 441-6331
Fax: (757) 441-6689
bob.krask@usdoj.gov